IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEONA MIOTKE,

                Plaintiff,

    v.

CORIZON HEALTH, INC., a Delaware corporation; NAPHCARE, INC., an Alabama corporation; CLACKAMAS COUNTY, an Oregon county; NICHOLE BOSMA, RN, an individual; ANDREW ROBOTTOM, an individual; and DEBRA FYE, BA, RN, an individual,

                Defendants.

No. 3:20-cv-00125-SB

ORDER

HERNÁNDEZ, District Judge:

    Magistrate Judge Beckerman issued a Findings and Recommendation [26] on May 22, 2020, in which she recommends that the Court grant Plaintiff's motion to remand [15] and deny

1 - ORDER

as moot Defendants' motion to dismiss [9]. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Beckerman's Findings and Recommendation [26]. Accordingly, the Court GRANTS Plaintiff's motion to remand [15] and DENIES as moot Defendants' motion to dismiss [9].

IT IS SO ORDERED.

DATED: _____June 18, 2020_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge